IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| TORRE WILSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:26-cv-02121-SHL-tmp |
| ) | |
| WARDEN C. HARRISON, ) | |
| ) | |
| Respondent. ) | |

**ORDER DIRECTING PETITIONER TO FILE AN *IN FORMA PAUPERIS*
AFFIDAVIT AND TRUST FUND ACCOUNT STATEMENT OR
PAY THE HABEAS FILING FEE; AND
DIRECTING CLERK TO MAIL FORM AND MODIFY THE DOCKET**

On February 5, 2026, Petitioner Torre Wilson, Federal Bureau of Prisons ("BOP") register number 32072-076, who is incarcerated at the Federal Correctional Institute in Memphis, Tennessee ("FCI-Memphis"), filed a *pro se* petition pursuant to 28 U.S.C. § 2241. (ECF No. 1.) Petitioner has failed to pay the $5.00 habeas filing fee required by 28 U.S.C. § 1914(a) *or* submit an application to proceed *in forma pauperis* and a certified copy of his inmate trust fund account statement.

Petitioner is **ORDERED** to pay the $5.00 habeas corpus filing fee or submit a properly completed Application to Proceed in District Court Without Prepaying Fees or Costs (AO 240) demonstrating Petitioner's indigency, and a certified inmate trust fund account statement for the last six months, no later than 30 days from the date of this Order.[1]   The Clerk is **DIRECTED** to mail a copy of the prisoner Application to Proceed in District Court Without Prepaying Fees or Costs (AO 240) to Petitioner along with this Order.

---

[1] Petitioner is advised that if his inmate trust account had a balance of at least $25.00 on the date his petition was filed, an application to proceed *in forma pauperis* will be denied.

Petitioner is **ORDERED** to notify the Court immediately, in writing, of any change of address.  If Petitioner fails to abide by this requirement or any other requirement of this Order in a timely manner, the Court may, without further notice, impose appropriate sanctions, up to and including dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk of Court is **DIRECTED** to modify the docket to reflect Petitioner's BOP register number as 32072-076.

**IT IS SO ORDERED,** this 11th day of February, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE
