**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| TORRE WILSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-02121-SHL-tmp |
| | ) | |
| WARDEN C. HARRISON, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

On February 5, 2026, Petitioner Torre Wilson, Federal Bureau of Prisons ("BOP") register number 32072-076, who is incarcerated at the Federal Correctional Institute in Memphis, Tennessee, filed a *pro se* petition pursuant to 28 U.S.C. § 2241.   (ECF No. 1.)   He did not pay the $5.00 habeas filing fee or file an application to proceed *in forma pauperis*.

On February 11, 2026, the Court entered an order directing Wilson to, within thirty days of the date of the order, (1) pay the $5.00 habeas filing fee or (2) submit a properly completed Application to Proceed in District Court Without Prepaying Fees or Costs (AO 240) demonstrating Petitioner's indigency and a certified inmate trust fund account statement for the last six months.   (ECF No. 3 at PageID 18–19.)   The Court warned that "[i]f Petitioner fails to abide by this requirement or any other requirement of this Order in a timely manner, the Court may, without further notice, impose appropriate sanctions, up to and including dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41."   (*Id*. at PageID 19.)

Petitioner has not paid the filing fee or provided the required documents to proceed *in forma pauperis*.   He has failed to comply with the Court's February 11, 2026 order, and the time for compliance has expired.

Thus, the Petition is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED,** this 18th day of June, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE