**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| TORRE WILSON, ) | |
| ) | |
|    Petitioner, ) | |
| ) | |
| v. ) | No. 2:26-cv-02121-SHL-tmp |
| ) | |
| WARDEN C. HARRISON, ) | |
| ) | |
|    Respondent. ) | |

**JUDGMENT**

**JUDGMENT BY COURT.**   This action having come before the Court on Petitioner Torre Wilson's Petition (ECF No. 1), filed February 5, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Dismissing Case Without Prejudice (ECF No. 4), filed June 18, 2026, all claims by Petitioner against Respondent are **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

June 22, 2026
Date